IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02228-BNB

DON LAW,

    Plaintiff,

v.

MS. KERRI LOMBARDI, #23291, Deputy District Attorney, and
JOHN W. SUTHERS, Attorney General for the State of Colorado,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Don Law, is in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility in Las Animas, Colorado. Plaintiff initiated this action by filing *pro se* a pleading titled "False Verdict Tort" and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On August 12, 2014, Magistrate Judge Boyd N. Boland entered an order and directed Plaintiff to cure certain deficiencies in the pleading. Specifically, Magistrate Judge Boland directed Plaintiff to clarify what type of action he intends to file and to submit his claims on a proper Court-approved form.

Plaintiff has failed to communicate with the Court and to comply with the August 12 Order within the time allowed. The action, therefore, will be dismissed without prejudice for failure to cure the deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be

denied for the purpose of appeal.  See Coppedge v. United States , 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed in forma pauperis on appeal is denied.

DATED at Denver, Colorado, this  18th  day of    September           , 2014.

BY THE COURT:

   s/Lewis T. Babcock            
LEWIS T. BABCOCK, Senior Judge
United States District Court